JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLE FARNOUSH,<br><br>                  Plaintiff,<br><br>    v.<br><br>BMW OF NORTH AMERICA, et al.,<br><br>                 Defendants. | Case No.  CV 18-7693-GW-FFMx<br><br><br>**ORDER TO DISMISS WITH PREJUDICE** |

      Based upon the Notice of Dismissal [23], it is hereby ORDERED that this action is dismissed in its entirety.

      IT IS SO ORDERED.

Dated: July 18, 2019

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE